Brian Hennessy (SBN 226721)
E-mail: BHennessy@perkinscoie.com
**Perkins Coie LLP**
3150 Porter Drive
Palo Alto, California 94304
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

Joseph M. McMillan (WA Bar No. 26527) (*Pro Hac Vice*)
E-mail: JMcMillan@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

Attorneys for Plaintiff
craigslist, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CRAIGSLIST, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PAUL AGNER, a California resident; JOHN DOE d/b/a www.adzillapro.com; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. CV 11-003307 SBA<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date: January 11, 2012<br>Time 2:30 p.m.<br><br>Honorable Saundra Brown Armstrong |

1      WHEREAS, the Case Management Conference in this action is currently set for January 11, 2012, at 2:30 p.m.; and

     WHEREAS, the Rule 26(f) Report and joint Case Management Conference statement is due by December 30, 2011; and

     WHEREAS, Plaintiff craigslist, Inc. and Defendant Paul Agner (collectively "the parties") have cooperated in discovery efforts to investigate the relevant facts and issues in the case; and

     WHEREAS, the parties have stipulated to a private ADR process (Dkt. #14); and

     WHEREAS, the parties are currently making progress toward the complete resolution of the case through productive settlement discussions, and believe prospects for settlement without the need for costly litigation or significant expenditure of judicial resources are reasonably good; and

     WHEREAS, the parties believe it most efficient to continue the Case Management Conference until March 15, 2012, or thereafter, so they can attempt to finalize a written settlement agreement and thereafter file papers to fully resolve this litigation;

     NOW, THEREFORE, subject to the Court's approval, the parties stipulate and agree as follows:

1. The Case Management Conference should be continued from January 11, 2012, at 2:30 p.m., to March 15, 2012, or thereafter; and

2. The Joint Case Management Conference Statement and Rule 26(f) Report should be filed no later than ten (10) days prior to the Case Management Conference.

DATED: December 22, 2011      **PERKINS COIE LLP**

By:    */s/ Brian Hennessy*
       Brian Hennessy (SBN 226721)
       BHennessy@perkinscoie.com

Attorneys for Plaintiff
craigslist, Inc.

| | | |
|---|---|---|
| 1 | DATED: December 22, 2011 | **KALOOGIAN & FUSELIER LLP** |
| 2 | | |
| 3 | | By: ___/s/ *Lowell Robert Fuselier*___<br>Lowell Robert Fuselier |
| 4 | | Attorneys for Defendant<br>Paul Agner |

I, Brian Hennessy, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

| | | |
|---|---|---|
| 9 | DATED: December 22, 2011 | **PERKINS COIE LLP** |
| | | By: ___*/s/ Brian* Hennessy___<br>Brian Hennessy (SBN 226721)<br>BHennessy@perkinscoie.com |
| | | Attorneys for Plaintiff<br>craigslist, Inc. |

1 **ORDER**

2 **PURSUANT TO THE FOREGOING STIPULATION OF THE PARTIES, IT IS**

3 **ORDERED THAT**: the Case Management Conference currently scheduled for January 11, 2012,

4 at 2:30 p.m., shall be CONTINUED to March 15, 2012, at 3:30 p.m. The parties shall **meet and**

5 **confer** prior to the conference and shall prepare a joint Case Management Conference Statement,

6 which shall be filed no later than ten (10) days prior to the Case Management Conference and

7 complies with the Standing Order For All Judges Of The Northern District Of California and the

8 Standing Order of this Court. Plaintiffs shall be responsible for filing the statement as well as for

9 arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the

10 above indicated date and time.

12 DATED: _12/27/11

13 *Saundra B. Armstrong*

14 Saundra Brown Armstrong
United States District Judge