UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRAIGSLIST, INC., a Delaware corporation,

                           Plaintiff(s),

                              v.

PAUL AGNER, a California resident; JOHN DOE d/b/a www.adzillapro.com; and DOES 1 through 25, inclusive,

                           Defendant(s).
_____/

CASE NO. CV-11-3307 SBA

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    ☐    Non-binding Arbitration (ADR L.R. 4)
    ☐    Early Neutral Evaluation (ENE)  (ADR L.R. 5)
    ☐    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    ☒    Private ADR (*please identify process and provider*)  mediation

Mediation with the mediator to be determined.

The parties agree to hold the ADR session by:
    ☐    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

    ☒    other requested deadline  by June 30, 2012

Dated: 12-13-11                                    /s/ Joseph M. McMillan
                                                                       Attorney for Plaintiff

Dated: 12-13-11                                    /s/ Lowell Robert Fuselier, Esq.
                                                                       Attorney for Defendant

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☐ Mediation
- ☒ Private ADR

Deadline for ADR session
- ☐ 90 days from the date of this order.
- ☒ other   by June 30, 2012

IT IS SO ORDERED.

Dated: 12/27/11

*Sandra B. Armstrong*

UNITED STATES DISTRICT      JUDGE

I, LiLing Poh, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: December 13, 2011  **PERKINS COIE LLP**

By: /s/ LiLing Poh
LiLing Poh
lpoh@perkinscoie.com

Attorneys for Plaintiff
craigslist, Inc.