1 | Brian Hennessy (SBN 226721)
E-mail: BHennessy@perkinscoie.com
2 | LiLing Poh (Bar No. 255446)
Email:  Lpoh@perkinscoie.com
3 | **PERKINS COIE LLP**
3150 Porter Drive
4 | Palo Alto, California  94304
Telephone:  (650) 838-4300
5 | Facsimile:  (650) 838-4350

6 | Attorneys for Plaintiff
craigslist, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| CRAIGSLIST, INC., a Delaware corporation, | Case No. CV 11-003307 SBA |
|---|---|
| Plaintiff, | **STIPULATION TO DISMISSAL; ORDER GRANTING DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)** |
| v. | |
| PAUL AGNER, a California resident; JOHN DOE d/b/a www.adzillapro.com; and DOES 1 through 25, inclusive, | |
| Defendants. | |

WHEREAS, on July 6, 2011, Plaintiff craigslist, Inc. ("craigslist") filed a Complaint, Case No. 11-003307 SBA, against Defendant Paul Agner for (1) violation of the Digital Millennium Copyright Act, 17 U.S.C. § 1201; (2) violation of the Computer Fraud and Abuse Act, 18 U.S.C. § 1030; (3) violation of California Penal Code § 502; (4) Breach of Contract; (5) Inducing Breach of Contract; (6) Intentional Interference with Contractual Relations; (7) Fraud; and (8) violation of California Business and Professions Code § 17200; and

WHEREAS, the parties through their authorized representatives have chosen to resolve these claims with each party bearing its own attorneys' fees and costs.

NOW THEREFORE, subject to the Court's approval, the parties stipulate and agree that craigslist's claims, as set forth in the above-referenced Complaint, are dismissed without prejudice. The parties specifically request an order from this Court dismissing such claims without prejudice.

DATED: August 14, 2012                     Respectfully submitted,

                                           **PERKINS COIE LLP**


                                           By:   */s/ Brian Hennessy*
                                                 Brian Hennessy (SBN 226721)
                                                 BHennessy@perkinscoie.com

                                           Attorneys for Plaintiff
                                           craigslist, Inc.

DATED: August 14, 2012

                                           By:   */s/ Lowell Robert Fuselier*
                                                 Lowell Robert Fuselier

                                           Attorneys for Defendant
                                           Paul Agner

I, Brian Hennessy, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: August 14, 2012                     By:   */s/ Brian Hennessy*
                                                 Brian Hennessy

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED THAT, with good cause appearing and the parties having stipulated and agreed, Plaintiff craigslist, Inc.'s claims against Defendant Paul Agner as set forth in the Complaint filed in Case No. 11-003307 SBA are hereby dismissed without prejudice.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 8/17/12

_____
Honorable Saundra Brown Armstrong

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 14, 2012.

                  */s/ LiLing Poh*
                  LiLing Poh

LEGAL24253364.1

STIPULATION TO DISMISSAL AND [PROPOSED] ORDER
CASE NO. CV 11-003307 SBA